FRAZIER v. STEELMAN

No. 388P02

Case below: Wake County Superior Court

Motion by plaintiff pro se and memorandum of *Bayard v. Singleton* N.C. Jurisprudence overlooked by this court denied 3 September 2002. Justice Edmunds recused.

FUTRELL v. RESINALL CORP.

No. 399A02

Case below: 151 N.C. App. 456

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 3 October 2002.

GRINDSTAFF v. BYERS

No. 442A02

Case below: 152 N.C. App. 288

Motion by plaintiff for temporary stay denied 27 August 2002. Motion by defendant (J. Byers) for temporary stay allowed 5 September 2002. Second motion by plaintiff for stay denied 9 September 2002. Motion by defendant for judicial assistance and clarification of previous orders entered by the Supreme Court allowed 9 September 2002 as follows: 1. The Honorable Rebecca Knight of the Buncombe County District Court is to immediately, upon receipt of the mandate from the North Carolina Court of Appeals on Monday, September 9, 2002, enter an Order awarding custody to the defendant, Jonathan Byers, pursuant to that mandate. 2. The Buncombe County District Court is prohibited from entering further orders for custody in this matter, with the exception of the order mandated by the North Carolina Court of Appeals on September 9, 2002. Motion by plaintiff to withdraw appeal allowed 9 September 2002.